Jonathan LOVE, Plaintiff–Appellant,

v.

Robert MEKEMSON; et al., Defendants–Appellees.

No. 08–16506.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 6, 2010.

Jonathan Love, Susanville, CA, pro se.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Jonathan Love, a California state prisoner, appeals pro se from the district court's judgment dismissing under 28 U.S.C. § 1915A his 42 U.S.C. § 1983 action alleging deliberate indifference to medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Love's deliberate indifference claims because the allegations set forth in his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

amended complaint and the attachments thereto state, at most, a claim for negligence. *See Toguchi v. Chung,* 391 F.3d 1051, 1060 (9th Cir.2004) ("A showing of medical malpractice or negligence is insufficient to establish a constitutional deprivation under the Eighth Amendment."). Moreover, a difference in opinion between Love and the prison physicians about the preferred course of medical treatment does not constitute an Eighth Amendment violation. *See id.* at 1058.

Love's remaining contentions are unpersuasive.

**AFFIRMED.**